**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7712**

---

ISAAC EUGENE SLAPPY,

Plaintiff - Appellant,

versus

R. MARTIN, Investigator, Lee Correctional
Institution; PARKER EVATT, Commissioner, South
Carolina Department of Corrections; WILLIAM C.
WALLACE, Warden, Lee Correctional Institution,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Chief District
Judge.  (CA-94-1445-2BD)

---

Submitted:  May 16, 1996                Decided:  May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Isaac Eugene Slappy, Appellant Pro Se.  George Coggin James, Sr.,
RICHARDSON, JAMES & PLAYER, Sumter, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Slappy v. Martin, No. CA-94-1445-2BD (D.S.C. Oct. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED